# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Caguas Trucking Company** Debtor(s)

Case No. 

Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the of **Caguas Trucking Company**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ **Brad Sadek** , attorney and the law firm of **Sadek Law Offices** to represent the corporation in such bankruptcy case."

Date **June 25, 2026** Signed **/s/** [signature]

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Resolution of Board of Directors
of
**Caguas Trucking Company**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ **Brad Sadek** , attorney and the law firm of **Sadek Law Offices** to represent the corporation in such bankruptcy case.

Date **June 25, 2026** ______________ Signed ______________________________

Date **June 25, 2026** ______________ Signed ______________________________

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Corporate Resolution

Final Audit Report 2026-06-25

| | |
|---|---|
| Created: | 2026-06-25 |
| By: | Victoria Reamer (victoria@sadeklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAuDEQtoNzwERqvEOtfi6sg5nqq9pWtTh3 |

## "Corporate Resolution" History

Document created by Victoria Reamer (victoria@sadeklaw.com)
2026-06-25 - 3:50:25 PM GMT

Document emailed to lozadaangel310@gmail.com for signature
2026-06-25 - 3:50:29 PM GMT

Email viewed by lozadaangel310@gmail.com
2026-06-25 - 4:49:28 PM GMT

Signer lozadaangel310@gmail.com entered name at signing as Angel c lozada
2026-06-25 - 4:51:30 PM GMT

Document e-signed by Angel c lozada (lozadaangel310@gmail.com)
Signature Date: 2026-06-25 - 4:51:32 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_DRAW

Agreement completed.
2026-06-25 - 4:51:32 PM GMT

Adobe Acrobat Sign